[No. 27044-3-I.   Division One.   February 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EL TERVINO
WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-02496-4, Dale B. Ramerman, J., entered
September 27, 1990. *Affirmed* by unpublished per curiam
opinion.

[No. 28554-8-I.   Division One.   July 1, 1992.]

KAREN Y. FOSS LIGHTNER TAPPER, *as Personal
Representative, Appellant*, v. ARTHUR L.
FOSS, *Respondent*.

The unpublished opinion in the above captioned case filed
April 20, 1992, and noted at 65 Wn. App. 1013, is *with-
drawn* by order of the Court of Appeals dated July 1, 1992.

[No. 28085-6-I.   Division One.   June 1, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LESLIE
FOURNIER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-06869-9, William L. Downing, J., entered
March 12, 1991. *Dismissed* by unpublished per curiam opin-
ion.